IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


THOMAS CUMBEST, ANN CUMBEST,
and Juvenile Female ZC, a minor                                                    PLAINTIFFS

VERSUS                                                    CIVIL ACTION NO. 1:07cv968WJG-JMR

GERBER LIFE INSURANCE COMPANY, a
non-resident corporation of the State of
Mississippi; NORTHROP GRUMMAN
CORPORATION, a non-resident
corporation of the State of Mississippi;
and THE VOLUNTARY ACCIDENTAL
DEATH AND DISMEMBERMENT POLICY
FOR EMPLOYEES OF NORTHROP
GRUMMAN CORPORATION                                                    DEFENDANTS


SUMMARY JUDGMENT


THIS CAUSE is before the Court on the motion [21] for summary judgment pursuant to

Rule 56 of the Federal Rules of Civil Procedure filed by Defendants Gerber Life Insurance

Company and The Voluntary Accidental Death and Dismemberment Policy for employees of

Northrop Grumman Corporation for summary judgment.  Also pending before the Court is the

motion [18] for summary judgment of Plaintiffs Thomas Cumbest, Ann Cumbest and Juvenile

Female ZC Cumbest [collectively, the Cumbests].  Pursuant to the Memorandum Opinion

entered in this cause, this date, incorporated herein by reference, it is therefore,

ORDERED AND ADJUDGED that Defendants' motion [21] for summary judgment be,

and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that the Plaintiffs' motion [18] for summary judgment be, and is hereby, denied. It is further,

ORDERED AND ADJUDGED that each party shall bear their respective costs associated with this cause of action. It is further,

ORDERED AND ADJUDGED that this matter be, and is hereby dismissed, and closed on the docket of this Court.

SO ORDERED AND ADJUDGED, this the 16th day of September, 2009.


_Walter J. Gex III_
UNITED STATES SENIOR DISTRICT JUDGE